IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN IGNACIO LOPEZ,

    Petitioner,                   No. CIV S-10-3165 GGH P

    vs.

S.M. SALINAS, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. In his application, petitioner challenges a conviction issued by the Merced County Superior Court.[1] Merced County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

---

[1] Petitioner lists the court of his conviction as "District Court of Appeals Eastern District...Sacramento California." However, a review of the exhibits attached to his petition clearly shows that petitioner was convicted in Merced County.

1

1 court. This court will not rule on petitioner's request to proceed in forma pauperis.

2         Good cause appearing, IT IS HEREBY ORDERED that:

3         1. This court has not ruled on petitioner's request to proceed in forma pauperis;

4         2. This action is transferred to the United States District Court for the Eastern

5 District of California sitting in Fresno; and

6         3. All future filings shall reference the new Fresno case number assigned and

7 shall be filed at:

8         United States District Court
         Eastern District of California
9         2500 Tulare Street
         Fresno, CA 93721

11 DATED: December 13, 2010

13         /s/ Gregory G. Hollows

14         GREGORY G. HOLLOWS
         UNITED STATES MAGISTRATE JUDGE

15 GGH:mp
lope3165.109